**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-25-00021-CV**
**IN THE INTEREST OF C.L.**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 23-08-11588-CV**

**MEMORANDUM OPINION**

In Trial Cause Number 23-08-11588-CV, Brandon Riley filed a notice of restricted appeal from a final order in a suit affecting the parent-child relationship. But after perfecting his appeal Riley failed to file a brief.

On July 10, 2025, the Clerk of the Ninth Court of Appeals notified the parties that Riley had not filed a brief and advised the parties that his appeal would be submitted without briefs unless by July 21, 2025, Riley filed a brief and a motion to extend the deadline in which he had to file his brief. We warned Riley that if the Court submitted his appeal without briefs that the Court could dismiss his appeal for want of prosecution.

On August 4, 2025, the Clerk notified the parties that on August 25, 2025, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Riley has not filed a brief in his appeal assigning any error to any of the trial court's rulings, we dismiss Riley's appeal for want of prosecution. *See id.* 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 25, 2025
Opinion Delivered August 28, 2025

Before Golemon, C.J., Wright and Chambers, JJ.